UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

------------------------------------------------------
                                          :
RITA M. CLARK,                            :
                                          :       CASE NO. 1:11-CV-00995
            Plaintiff,                    :
                                          :
vs.                                       :       OPINION & ORDER
                                          :       [Resolving Doc. No. 1, 19]
COMMISSIONER OF SOCIAL                    :
SECURITY,                                 :
                                          :
            Defendant.                    :
                                          :
------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

On May 18, 2012, Plaintiff Rita M. Clark filed a complaint seeking review of the Defendant

Commissioner of Social Security's decision to deny her application for disability benefits. [Doc. 1.]

The matter was referred to Magistrate Judge Kathleen B. Burke pursuant to Local Rule 72.2.  On

June 5, 2012, Magistrate Judge Burke issued a Report and Recommendation recommending that this

Court affirm the Commissioner's decision. [Doc. 19.] Neither party objected to Judge Burke's

recommendation.

The Federal Magistrates Act requires a district court to conduct a *de novo* review of only

those portions of a Report and Recommendation to which the parties have made an objection. 28

U.S.C. § 636(b)(1)(C).  Parties must file any objections to a Report and Recommendation within

fourteen days of service.  *Id.*; Fed. R. Civ. P. 72(b)(2).  Failure to object within this time waives a

party's right to appeal the magistrate's report.  *Thomas v. Arn*, 474 U.S. 140, 145 (1985); *United*

-2-

Case No. 1:11-CV-00995
Gwin, J.

*States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).  Absent objection, a district court may adopt

the magistrate judge's report without review.  *See Thomas*, 474 U.S. at 149.

In this case, neither party has objected to the Magistrate Judge's recommendation.

Additionally, having reviewed the record, the Court agrees with Magistrate Judge Burke that

substantial evidence supports the Commissioner's denial of benefits.  Accordingly, the Court

**ADOPTS** in whole Magistrate Judge Burke's Report and Recommendation and incorporates it fully

herein by reference, and **DISMISSES** Plaintiff Clark's complaint.

IT IS SO ORDERED.


Dated: August 13, 2012                          s/          *James S. Gwin*
                                                JAMES S. GWIN
                                                UNITED STATES DISTRICT JUDGE